UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------

Trustees of the Westchester Putnam Counties Laborers' Local No. 60 Heavy & Highway Benefit Funds, Welfare, Pension, Annuity, Education & Training, Legal Services, Industry Advancement and Political Action Funds and the Laborers' International Union of North America Local No. 60,

                                 Plaintiffs,

   -against-

CARINO MANAGEMENT INC.,

                                 Defendant.

-----------------------------------------------------------

FILED
07 CIV 3961
S.D. OF N.Y. W.P.
Index No.
WP4

Fed. R. Civ. Pro. 7.1

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

Date: May 16, 2007

_____
Karin Arrospide, Esq. (KA9319)