# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  07CIV3961                                    Purchased/Filed: May 22, 2007

STATE OF NEW YORK        UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT

---

*Trustees of the Westchester Putnam Counties Laborers' Local No. 60 Heavy & Highway Benefit Funds, Welfare, Pension, Annuity, Education & Training, et al*          Plaintiff

against

*Carino Management Inc.*          Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY          SS.:

_____Jessica  Miller_____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____June 4, 2007_____ , at ___2:00 pm___ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, Rule 7.1 and Complaint

on

_____Carino Management Inc._____ , the

Defendant in this action, by delivering to and leaving with _____Carol Vogt_____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service

was made pursuant to Section __306 Business Corporation Law__ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: ___43___     Approx. Wt: ___118___     Approx. Ht: ___5'___

Color of skin: ___White___     Hair color: ___Brown___     Sex: ___F___     Other: _____

Sworn to before me on this

__6th__ day of _____June, 2007_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2007

Jessica  Miller

Invoice•Work Order # SP0704792

SERVICO. INC. - PO BOX 871 · ALBANY. NEW YORK 12201 · PH 518-463-4179