

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| Trustees of the Westchester Putnam Counties Laborers' Local No. 60 Heavy & Highway Benefit Funds, Welfare, Pension, Annuity, Education & Training, Legal Services, Industry Advancement and Political Action Funds and the Laborers' International Union of North America Local No. 60, <br><br> Plaintiffs, <br><br> -against- <br><br> CARINO MANAGEMENT INC., <br><br> Defendant. | Index # 07-CIV-3961 (WP4) <br><br> **REQUEST FOR ENTRY OF DEFAULT JUDGMENT** |

---

TO:   Clerk of the United States District Court for the
      Southern District of New York

   Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant, CARINO MANAGEMENT INC., having failed to appear or answer the Summons and Complaint, you are requested to enter a Default Judgment in favor of Plaintiffs, Trustees of the Westchester Putnam Counties Laborers' Local No. 60 Heavy & Highway Benefit Funds, Welfare, Pension, Annuity, Education & Training, Legal Services, Industry Advancement and Political Action Funds and the Laborers' International Union of North America Local No.60, and against the Defendant, CARINO MANAGEMENT INC., in the sum of $13,108.99 which includes liquidated damages, interest, court costs and attorney's fees.

Dated:  Elmsford, New York
        July 30, 2007

*[signature]*
Karin Arrospide, Esq. (KA9319)
BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515