UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x
Trustees of the Westchester Putnam Counties Laborers'
Local. No. 60 Heavy & Highway Benefit Funds, Welfare, Pension, Annuity,
Education & Training Fund and Legal Service, Industry
Advancement Fund and Political Action Funds and the Laborers'     07 CIV 3961 (KMK)
International Union of North America Local No. 60,

                                 Plaintiffs,                        SATISFACTION OF JUDGMENT
     -against-

CARINO MANAGEMENT INC.,

                                 Defendants.
--------------------------------------------------------------------x

        WHEREAS, a default judgment was entered in the above entitled action on August 10, 2007, in the United States District Court, Southern District of New York in favor of Trustees of the Westchester Putnam Counties Laborers' Local. No. 60 Heavy & Highway Benefit Funds, Welfare, Pension, Annuity, Education & Training Fund and Legal Services Fund, Industry Advancement Fund and Political Action Funds and the Laborers' International Union of North America Local No. 60 and against CARINO MANAGEMENT INC., in the amount of $13,108.99 which Judgment was docketed on August 10, 2007 in the office of the Clerk, United States District Court, Southern District of New York,

        AND, said full satisfaction of judgment is hereby acknowledged for the judgment debtor, CARINO MANAGEMENT INC.,

        AND it is certified that there are no outstanding executions with any Sheriff or Marshall within this State in connection with this action against judgment debtor.

        THEREFORE, full satisfaction of said judgment is hereby acknowledged, and the said Clerks are hereby authorized and directed to make an entry of full satisfaction for the judgment debtors on the docket of said judgment.

Dated: October 1, 2007                                    BARNES, IACCARINO, VIRGINIA,
                                                                    AMBINDER & SHEPHERD, PLLC

Sworn to before me this 1st                      By: _____
of October, 2007.                                           KARIN ARROSPIDE, ESQ.
                                                                  Attorneys for Judgment Creditor
_____                          258 Saw Mill River Road
Notary Public                                                             Elmsford, New York 10523
                        CHRISTIE S. ROOS      (914) 592-1515
                 Notary Public, State of New York
                       No. 01RO6014276
              Qualified in Westchester County
         Commission Expires October 5, 2010

[Handwritten margin note: 10/04/2007: judgment marked satisfied and entered into money judgment book by J. Michael McMahon, Clerk of the Court. JP]

[Stamp: U.S. DISTRICT COURT FILED OCT 0 4 2007 S.D. OF N.Y. W.P.]

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: _____]